FILED
2017 Oct-25  PM 01:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH LEDFORD, </br></br>Plaintiff, </br></br>vs. </br></br>PORTFOLIO RECOVERY ASSOCIATES, LLC, </br></br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) </br></br>2:17-cv-01558-UJB-LSC |

## Order

This Court acknowledges receipt of Plaintiff's Notice of Voluntary Dismissal with Prejudice (doc. 11) filed on October 24, 2017. Accordingly, the case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

DONE AND ORDERED ON OCTOBER 25, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485